## CERTIFICATE OF SERVICE

This is to certify, the stated " **WRIT OF DEMAND FOR MONEY COLLECTED ...**" Enclosed was prepared this 17th day, August, 202_, and forwarded by "firsthand [de]livery" and "Legal Mail" to the below referenced recipient(s), via the clerk's office by electronic transfer, in good-faith.

**\*Attention Clerk's Office**  
United States Courthouse  
75 Ted Turner Drive, SW  
Atlanta, GA 30303-3309

**cc**: US Attorneys Office

**cc**: DEA Officer- D. Fikes  
Hartsfield Jackson Jr., International Terminal  
6000 N Terminal Pkwy Suite 4000,  
Atlanta, GA 30320

## CERTIFICATE OF INTERESTED PERSONS

- **US POSTMASTER GENERAL- Louis Dejoy**
- **US Deputy POSTMASTER GENERAL-  Douglas Tulino**
- **US Attorney General-Merrick B. Garland**
- **US Attorneys Office**
- **US Marshal Service-** Thomas E. Marshal
- **Governor- Brian Kemp**
- **Defendant-Officer D. Fikes**
- **Plaintiff-** Jonathan Chica obo ATLANTA PROPERTY MEDICS LLC