**United States District Court**
**For The Northern District of Georgia**
**Atlanta-Division**

**Jonathan Chica, Atlanta Property Medics LLC** **Action No.** 1:23-CV-3660 MHC
***Governor Brian Kemp (State Trustee)***
Plaintiff




**v.**

**DEA-Officer-D. FIKES, UNITED STATES**
Defendant

**"PROOF OF SERVICE TO INTERSTED PARTIES"**

**SEE ATTACHMENTS**

Respectfully, executed this 31st day, August 2023.

Jonathan Chica, Grantor/Authorized Representative
ATLANTA PROPERTY MEDICS LLC
544 Martin Forest Lane
Lawrenceville, Georgia near 30045-9008

# CERTIFICATE OF SERVICE

This is to certify, the stated " **PROOF OF SERVICE**" Enclosed was prepared this 31st day, August 2023, and forwarded by "firsthand [de]livery" and "Legal Mail" to the below referenced recipient(s), via the clerk's office by electronic transfer, in good-faith.

***Attention Clerk's Office**
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**cc**: US Attorney's Office
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**cc**: DEA Officer- D. Fikes
Hartsfield Jackson Jr., International Terminal
6000 N Terminal Pkwy Suite 4000
Atlanta, GA 30320

## CERTIFICATE OF INTERESTED PERSONS

- **US POSTMASTER GENERAL- Louis Dejoy**
- **US Deputy POSTMASTER GENERAL - Douglas Tulino**
- **US Attorney General-Merrick B. Garland**
- **US Attorney's Office**
- **US Marshal Service** - Thomas E. Marshal
- **Governor - Brian Kemp**
- **Defendant - Officer D. Fikes**
- **Plaintiff** - Jonathan Chica obo ATLANTA PROPERTY MEDICS LLC

# EXHIBIT "A"

## UPS MAILING RECEIPT CONFIRMATION


COURTS/USDC-GA-N
2211 U.S. COURTHOUSE
75 SPRING ST SW
ATLANTA, GA 30303
(404) 215-1630

SALE

MID: 000025551473
TID: 004 REF#: 00001447
Batch #: 229001 RRN: 480100005
08/17/23 15:22:52
APPR CODE: 002128
VISA Contactless
************3007 **/**

AMOUNT $402.00

APPROVED

VISA DEBIT
AID: A0000000031010
TVR: 00 00 00 00 00

CUSTOMER COPY

The UPS Store #1564
3780 Old Norcross Rd Ste 103
Duluth, GA 30096-1762
770-476-1706

Terminal....: POS1564A Date.: 8/27/2023
Employee....: 134784 Time.: 03:09 PM
Cashier's Name Larry

| ITEM NAME | QTY | PRICE | TOTAL |
| --- | --- | --- | --- |
| NDA | | | $33.91 |
| | 1 @ | $33.91 | |
| Tax | | | $0.00 |
| MMCMGCBDMR9W4 US Attorney | | | |
| Tracking Number - 1Z1891X10108332935 | | | |
| NDA | | | $33.91 |
| | 1 @ | $33.91 | |
| Tax | | | $0.00 |
| MMCMGCBDFVFYB Kemp | | | |
| Tracking Number - 1Z1891X10108334424 | | | |
| NDA | | | $33.91 |
| | 1 @ | $33.91 | |
| Tax | | | $0.00 |
| MMCMGCBDD7EJ0 Hartsfield | | | |
| Tracking Number - 1Z1891X10175002577 | | | |

Subtotal $101.73
Shipping/Other Charges $0.00
Total tax $0.00

Total $101.73

Cards $101.73

Items Designated NR are NOT eligible for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia 

Jonathan Chica,
ATLANTA PROPERTY MEDICS LLC,
Governor-Brian Kemp (Ga State Trustee)

*Plaintiff(s)*

v.

DEA Officer D. Fikes,
United States

*Defendant(s)*

Civil Action No. 1:23-CV-3660

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEA Officer-D. Fikes
Maynard Hartsfield Jackson Jr., International Terminal
6000 N Terminal Pkwy Suite 4000,
Atlanta, GA 30320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan Chica, Grantor/Authorized Representative
ATLANTA PROPERTY MEDICS LLC
544 Martin Forest Lane
Lawrenceville, Georgia near 30045-9008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: AUG 17 2023

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

☐ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ____________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: